IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:07cr131(JCC) |
| BRIAN HAROLD KENNEDY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Strike is DENIED; and

(2) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

November 8, 2007                     _____/s/_____
Alexandria, Virginia                      James C. Cacheris
                                     UNITED STATES DISTRICT COURT JUDGE